574

opinion filed November 16, 1948; released for publication December 2, 1948. Frederick W. Turner, Jr., for appellant; Edward I. De Bolt, of counsel; Perlman, Goodman, Hecht & Chesler, for appellees; Theodore E. Rein and Bernard T. Hecht, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full.

## Frank J. Cantow, Appellant, v. Louise Foute, Appellee.

### Gen. No. 44,183.

opinion filed November 16, 1948; released for publication December 2, 1948. Louis J. Victor, for appellant; Charles D. Snewind, of counsel; John O. Wagner, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.

## Mrs. Joseph Huntscha, Appellee, v. Laurence O'Donnell, Appellant.

### Gen. No. 44,194.